**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

T. LEE ROUSE,

    Petitioner

    v.

KIMBERLY ROSENBERG AND HOWARD
ROSENBERG, HER HUSBAND AND
MARTHA LAUX,

    Respondents

: No. 145 WAL 2023
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

  **AND NOW**, this 5th day of March, 2024, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Should this Court adopt the portion of the Restatement (Second) of Torts, Section 868—Interference with Dead Bodies, that allows recovery for emotional distress of a family member of the decedent entitled to the disposition of the body caused by the tortfeasor's intentional or wanton actions that prevented the body's proper interment or cremation?

Justice Wecht did not participate in the consideration or decision in this matter.